*In re* **DIBBLE**, Rochon Leslie (MR 20797)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed. Respondent Rochon Leslie Dibble is suspended from the practice of law for three years and until further order of the Court and is ordered to make restitution as follows:

| | |
|---|---|
| Tina Hallars | $1,750 |
| Terreonno Davis | $150 |
| Ida Mae West | $755 |
| Brett McGruder | $2,000 |

Freeman, J., took no part.